IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Eduardo Lopez-Vargas, | ) | C/A No. 0:17-3478-DCC |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| B. Antonelli, *Warden*, | ) | |
| Respondent. | ) | |

Petitioner, a self-represented federal prisoner at FCI Williamsburg, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order issued January 31, 2018, Petitioner was provided an opportunity to pay the filing fee or move to proceed *in forma pauperis*, so that his case could proceed. (ECF No. 3.) Petitioner was warned that failure to follow the Court's instructions within a specific time period would subject the case to dismissal. Petitioner did not respond to the Order and the time for response has lapsed. Petitioner has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

March 6, 2018                                                       s/Donald C. Coggins, Jr.
Spartanburg, South Carolina                             United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.